# Order

Michigan Supreme Court
Lansing, Michigan

June 19, 2013

145005

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 145005
COA: 308153
Wayne CC: 08-009489

NARGIZ IBRAGIMOVA,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 2, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

CAVANAGH and MCCORMACK, JJ., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



h0612

Clerk